UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAMESHA ROBERTSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, NA,<br><br>　　　　Defendant. | Case No: C 10-3525 SBA<br><br>**JUDGMENT** |

　　　In accordance with the Court's Order granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint,

　　　IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendant. The Clerk shall close the file and terminate any pending matters.

　　　IT IS SO ORDERED.

Dated: March 31, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge

1
2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   LAMESHA ROBERTSON,

5            Plaintiff,

6     v.

7   BANK OF AMERICA NA et al,

8            Defendant.
                                            /
9

10                                          Case Number: CV10-03525 SBA

11                                          **CERTIFICATE OF SERVICE**

12
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
13  Court, Northern District of California.

14  That on April 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
16

17
    Lamesha Robertson
18  1215 HollyBurne Avenue
    Menlo Park, CA 94025
19

20  Dated: April 1, 2011
                                            Richard W. Wieking, Clerk
21
                                               By: LISA R CLARK, Deputy Clerk
22

23

24

25

26

27

28